IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Garret-Kings, Diane | Case Number:  08 B 02664 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  2/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: April 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,359.38 | |
| Secured: | | 538.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,604.19 |
| Trustee Fee: | | 217.19 |
| Other Funds: | | 0.00 |
| Totals: | 3,359.38 | 3,359.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,346.50 | 2,604.19 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 11,270.42 | 538.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 17,699.49 | 0.00 |
| 6. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 7. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 8. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 9. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 237.30 | 0.00 |
| 11. | HSBC Taxpayer Financial Services | Unsecured | 383.65 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 216.17 | 0.00 |
| 13. | America's Financial Choice Inc | Unsecured | 289.99 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 93.55 | 0.00 |
| 15. | Santander Consumer USA | Unsecured | 284.91 | 0.00 |
| 16. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 17. | Allied Interstate | Unsecured | | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 19. | Mages & Price | Unsecured | | No Claim Filed |
| 20. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 23. | Financial Management Systems | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Account Recovery Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Garret-Kings, Diane | Case Number: 08 B 02664 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 2/6/08 |

```
                                   _____      _____
                                   $ 33,821.98     $ 3,142.19
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 5.71 |
| 6.5% | 211.48 |
| | _____ |
| | $ 217.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____